**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**KENTORRIE WATKINS**                                                **PETITIONER**

**V.**                                                                **NO. 3:23-CV-480-DMB-RP**

**PROBATION OFFICER**                                       **RESPONDENT**

**ORDER**

      On April 23, 2024, United States Magistrate Judge Roy Percy ordered Kentorrie Watkins to show cause within twenty-one days why his petition for a writ of habeas corpus should not be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or obey a court order based on Watkins' failure to (1) keep the Court apprised of his current address, and (2) file an application to proceed in forma pauperis or pay the filing fee. Doc. #4. Because Watkins did not respond to the show cause order and further has not updated his address, has not applied to proceed in forma pauperis, and has not paid the filing fee, his petition for a writ of habeas corpus [1] is **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41(b) (action or claim may be dismissed "[i]f the plaintiff fails to prosecute or to comply with … a court order.)."

      **SO ORDERED**, this 6th day of June, 2024.

                                                                        **/s/Debra M. Brown**
                                                                      **UNITED STATES DISTRICT JUDGE**